IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIUS LAWSON,

    Petitioner,

v.                                         Case No. 19-cv-469-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Julius Lawson's petition for habeas corpus pursuant to 28 U.S.C. § 2241 and dismissing this case with prejudice.

| /s/ | November 29, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |